UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
Hercules Medical, P.C,

                                                **Notice of Discontinuance**

                    Plaintiff,

                                                14-cv-09216(ER)(MJD)

    -against-

Unitedhealthcare,

                    Defendant.
------------------------------------------x

        Plaintiff, by its attorneys Echtman & Etkind, LLC, hereby gives notice that the above-referenced action is <u>discontinued without prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a).

Dated:      New York, New York
               February 17, 2015

                                            **Echtman & Etkind, LLC**
                                            Attorneys for Plaintiff

                                      By: _____
                                          David Etkind (DE-9805)
                                          125 East Union Avenue
                                          East Rutherford, NJ 07073
                                          (212) 757-2310